UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, Plaintiff, v. AMERICA'S BEST VALUE INN et al., Defendants. | Case No.: 18-CV-1734-CAB-BGS<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>[Doc. No. 5] |
|---|---|

Defendants move to dismiss Plaintiff's claim for violation of California's Unruh Civil Rights Act, Cal. Civ. Code. § 51 *et seq*. on the grounds that the complaint does not comply with California procedural rules concerning the pleading of construction-related accessibility claims. Because "state pleading standards do not apply in federal court," *Oliver v. In-N-Out Burgers*, 286 F.R.D. 475, 477 (S.D. Cal. 2012), and the complaint adequately states a claim under the applicable federal pleading standards (*see Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)), the motion is **DENIED**.

It is **SO ORDERED**.

Dated: October 19, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1